Dismissed and Memorandum Opinion filed October 12, 2006








Dismissed
and Memorandum Opinion filed October 12, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00735-CV

____________

 

KIMBERLY ANN LUKE,
Appellant

 

V.

 

ARLEASE ELLYN LUKE,
Appellee

 



 

On Appeal from the 328th District
Court

Fort Bend, Texas

Trial Court Cause No.
02-CV-125797

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed June 29,
2006.  Appellant=s  notice of appeal purports to be
from an order denying her Amended Motion to Strike the Intervention of Arlease
Luke.  The record contains no order on the motion to strike. Accordingly, the
record before this court contains no appealable order. 

On August 31, 2006, notification was transmitted to all
parties of the court=s intent to dismiss the appeal for want of
jurisdiction.  See Tex. R. App.
P. 42.3(a).  Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 12, 2006.

Panel consists of Justices Fowler,
Edelman, and Frost.